**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6789**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES BENNIE HUNT,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert D. Potter, Senior District Judge.  (CR-88-177-C-P, CA-92-70-3-P)

———————

Submitted:  August 28, 1997      Decided:  September 17, 1997

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Bennie Hunt, Appellant Pro Se.  Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider a prior order, entered in 1993, denying relief on his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Hunt, Nos. CR-88-177-C-P; CA-92-70-3-P (W.D.N.C. Apr. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2